| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

| | |
|---|---|
| ROBERT D. HINSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:22-CV-510 |
| § | |
| ZENA STEPHENS, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Robert D. Hinson, a pre-trial detainee at the Jefferson County Correctional Facility, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Sheriff Zena Stephens, Chief FNU Shawnburger, and Major FNU Guillory. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On May 15, 2023, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case as frivolous and for failure to state a claim under 28 U.S.C. § 1915A (#18). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] Plaintiff received a copy of the Report and Recommendation on May 1, 2023 (#19).

Accordingly, the Report and Recommendation of the United States Magistrate Judge (#18) is **ADOPTED**. This case is **DISMISSED** for failure to state a claim and as frivolous. A final judgment will be entered in accordance with the recommendation of the magistrate judge.

**Signed this date**
**Sep 27, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE